AARON M. CLEFTON, Esq. (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave, Suite C
#336
Alameda, CA 94501
Telephone: 510/832-5001
info@cleftonlaw.com

Attorneys for Plaintiff
PAUL SPECTOR

Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for Defendant
LANAI GARDEN CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SPECTOR,<br><br>    Plaintiff,<br><br>    v.<br><br>LANAI GARDEN CORPORATION dba BEST WESTERN LANAI GARDEN INN & SUITES,<br><br>    Defendant.<br><br>LANAI GARDEN CORPORATION dba BEST WESTERN LANAI GARDEN INN & SUITES,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL SPECTOR,<br><br>    Defendant. | Case No. . 5:24-cv-00773-NC<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: February 8, 2024 |

**STIPULATION**

Plaintiff PAUL SPECTOR ("Plaintiff") and Defendant LANAI GARDEN CORPORATION dba BEST WESTERN LANAI GARDEN INN & SUITES ("Defendant") – Plaintiff and Defendant together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety, including both the original claim and the counter-claim. Each side shall pay its own attorneys' fees, litigation expenses, and costs.

**IT IS SO STIPULATED.**

Dated:  February 6, 2025                                              CLEFTON DISABILITY LAW

                                                                                          */s/ Aaron M. Clefton*
                                                                                          By:  AARON M. CLEFTON, ESQ.
                                                                                          Attorneys for Plaintiff
                                                                                          PAUL SPECTOR

Dated:  February 6, 2025                                              STILLMAN AND ASSOCIATES

                                                                                          */s/ Philip H. Stillman*
                                                                                          By:  PHILIP H. STILLMAN, ESQ.
                                                                                          Attorneys for Defendant
                                                                                          LANAI GARDEN CORPORATION dba
                                                                                          BEST WESTERN LANAI GARDEN INN
                                                                                          & SUITES

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on February 6, 2025, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Philip H. Stillman in the filing of this document.

                                                                                          */s/ Aaron Clefton*
                                                                                          Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: February 6, 2025



_____
Honorable Nathanael Cousins
U.S. Magistrate Judge

- 3 -